# IN THE SUPREME COURT OF THE STATE OF NEVADA

GALLAGHER BASSETT SERVICES, INC.; AND CNA CLAIMPLUS,

Appellants,

vs.

JASON INSERA,

Respondent.

No. 80728

FILED

MAR 31 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 1
       Carolyn Worrell, Settlement Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Greenman Goldberg Raby & Martinez
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-09323